Hand-Delivered

United States District Court for the Western District of North Carolina

FILED
ASHEVILLE, NC

FEB 05 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Case no.

1:25-cv-39-MR-WCM

# McLean

Vs
Federal department of children and family;
Department of Children and Family MAYAGUEZ ;
Department of children and family PUERTO RICO ;
(And all aliases or Spanish equivalent)
Judge Machovy
Mayaguez law enforcement
Mayaguez fire department
Boqueron fire department
Boqueron law enforcement

## COMPLAINT

The civil action for custody. The demand of the government to be returned that was based upon a false anonymous allegation which created a false illegal warrant which created the screws on the hinges of my doors to be removed by over 30 law-enforcement officers in the United States territory Puerto Rico. The legal requirements to enforce a coparenting agreement with grandmother Barbara Hosek during any sort of allegation investigation and the denial of access to the children when Barbara Hosek and Hozak to Puerto Rico for the scheduled court date spent close to $10,000 to arrive approximately 15 minutes before the court that court has been canceled.

The statement attorney That has worked and lived in Puerto Rico and worked for North Carolina DSS that he heard a story of children being returned from Puerto Rico when they gave the government a large sum of cash and purchased the bodies of the children for money and return them to their parents. The blatant active slavery instead of the nuanced payment via foster care and Medicaid and Medicare and food, stamps and Social Security disability that intentionally creates issues or intentionally does not solve them because the value of the money and Social Security check is greater than the health of the child and the system, which is slavery.

The legal definition and federal courts of residency where residence is determined by the intent to reside for six months or more. Which gives this court subject matter jurisdiction between the US territory of Puerto Rico and the US state of North Carolina.

And the emphasis added that our current system seems to reward those that not only bend the rules and the area, but break the law. a pile of money purchased return of children; and under a policy argument, if that individual didn't have a pile of money yet; what would a parent do regarding documents to ensure the return of their children? As a mother in a court to act with their power as their power exist and is respected today.

The emphasis added of 15 months and to expedite the proceedings and not create delay in serving the federal department of children and family and Puerto Rico department of children and family in Mayaguez Puerto Rico.

The mother of the children has not seen a video or spoken to the children since the midnight almost 15 months ago, despite acting in good faith and honesty with a buoyantly optimistic

faith in the legal system . Please return the children. Please create a pathway to return all the children.

The civil rights aspects, where a widow who is not of the correct national origin or are the correct race or correct tans skin ; an American with blue eyes in an American territory that perhaps appeared to have the financial ability to purchase her children back. Discrimination of appearing rich, and I financially impeded welfare state of Puerto Rico.

Where time is of the essence and to the four children are special needs with very strict diets, and have extremely emotional reactions to the lack of physical ability to be near their mother ; time is the essence that every moment a child is robbed, not being able to be with their loving mother and father. The type of harms that often times juries award seven figures. Only because they weren't given the option to award criminal convictions.

*[Signature]*

Amber McLean
BSBA, JD
Cum laude

- specialty in civil litigation
- 100's supplemental documents + PACER request to upload